UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BEACH CREEK MARINA,

        Plaintiff,

v.

ROYAL TAX LIEN SERVICES, LLC,
TYLER TECHNOLOGIES, Inc., and COLE
LAYER TRUMBLE COMPANY,

        Defendants.

Civ. Action No. 09-2649 (KSH)

**ORDER**

**Katharine S. Hayden, U.S.D.J.**

    For the reasons articulated in the Opinion filed herewith, and good cause appearing,

    It is on this 30th day of June, 2010, hereby

    **ORDERED** that the motion to dismiss filed by defendant Royal Tax Lien Services, LLC [D.E. 17] is **granted**; and it is further

    **ORDERED** that the motion to dismiss filed by defendants Cole Layer Trumble Company and Tyler Technologies [D.E. 18] is **granted**; and it is further

    **ORDERED** that the amended complaint filed by Beach Creek Marina, Inc. [D.E. 4] is **dismissed** for lack of subject-matter jurisdiction pursuant to FRCP 12(b)(1) and 12(b)(6). The Clerk shall mark this matter CLOSED.

                              /s/Katharine S. Hayden

                              Katharine S. Hayden, U.S.D.J.