BEACH CREEK MARINA, INC.,

       Appellant

v.

ROYAL TAX LIEN SERVICES, LLC;
TYLER TECHNOLOGIES, INC.;
COLE LAYER TRUMBLE COMPANY