Print

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 10-3211

BEACH CREEK MARINA, INC.        vs.   ROYAL TAX LIEN SERVICES

## ENTRY OF APPEARANCE

Please the list names of **all** parties represented, using additional sheet(s) if necessary:

BEACH CREEK MARINA, INC.

Indicate the party's role IN THIS COURT (check <u>only</u> one):

_____ Petitioner(s)    ✓ Appellant(s)    _____ Intervenor(s)

_____ Respondent(s)    _____ Appellee(s)    _____ Amicus Curiae

(Type or Print) Counsel's Name  RONALD T. NAGLE

✓ Mr.     Ms.     Mrs.     Miss

Firm  RONALD T. NAGLE, P.C.

Address  52 SOUTH STREET

City, State, Zip Code  MORRISTOWN, NEW JERSEY 07960

Phone  (973) 267-6780            Fax (973) 267-6738

Primary E-Mail Address (required)  RNAGLE@NAGLEPC.COM

Additional E-Mail Address (1) GMARISIO@NAGLEPC.COM
Additional E-Mail Address (2)
Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. *YOU ARE LIMITED TO TWO ADDITIONAL E-MAIL ADDRESSES.*

**SIGNATURE OF COUNSEL:** _[signature]_

COUNSEL WHO FAILS TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES UNTIL AN APPEARANCE HAS BEEN ENTERED.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

*IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.*

This entry of appearance must be served on all parties.

REV. 10/16/09