# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT:** This statement is due to be filed with the Clerk of the Court of Appeals not later than **14** days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:

BEACH CREEK MARINA, INC. v. ROYAL TAX LIEN SERVICES, LLC

APPEAL FROM DISTRICT COURT:
District: NEW JERSEY
D.C. Docket No.: 09-2649
Date proceedings initiated in D.C.: 6/3/09
Date Notice of Appeal filed: 7/21/10
USCA No.: 10-3211

## COUNSEL ON APPEAL

Appellant(s): BEACH CREEK MARINA, INC.

Name of Counsel: RONALD T. NAGLE, P.C.
Name of Party(ies): BEACH CREEK MARINA, INC.
Address: 52 SOUTH STREET, MORRISTOWN, NJ 07960
Telephone No.: 973-267-6780
Fax No.: 973-267-6738
E-mail: RNAGLE@NAGLEPC.COM

For Appellee(s): *List only the names of parties and counsel who will oppose you on appeal

Name of Counsel: GARY C. ZEITZ, LLC
Name of Party(ies): ROYAL TAX LIEN SERVICES, LLC
Address: 201 BARCLAY PAVILION WEST, CHERRY HILL, NJ 08034
Telephone No.: 856-857-1222
Fax No.: 856-857-1234
E-mail: rzeitz@zeitzlawfirm.com

Name of Counsel: HILL WALLACK, LLP
Name of Party(ies): COLE LAYER TRUMBLE COMPANY and TYLER TECHNOLOGIES, INC
Address: 202 CARNEGIE CENTER, PRINCETON, NJ 08540
Telephone No.:
Fax No.: 609-452-1888
E-mail: mec@hillwallack.com

Is this a Cross-Appeal?        Yes [ ]    No [✓]
Appeals Docket No.: _____

Was there a previous appeal in case?    Yes [ ]    No [✓]
If yes, Short Title: _____
Appeals Docket No.: _____
Citation, if reported: _____

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:
a) Arises from substantially the same case or controversy as this appeal? [✓] Yes [ ] No
b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? [✓] Yes [ ] No

If you answered yes to either "a" or "b" please provide:
Case Name: Royal Tax Lien v. Beach Creek Marina
D.C. Docket No.: _____
Citation, if reported: _____

## NATURE OF SUIT
(Check as many as apply)

1. **FEDERAL STATUTES**
[ ] ANTITRUST
[ ] BANKRUPTCY
[ ] BANKS & BANKING
[ ] CIVIL RIGHTS
[ ] COMMERCE, ROUTES, AND TARIFFS
[ ] COMMODITIES
[ ] COMMUNICATIONS
[ ] CONSUMER PROTECTION
[ ] COPYRIGHT
[ ] PATENT
[ ] TRADEMARK
[ ] ELECTION
[ ] ENERGY
[ ] ENVIRONMENTAL
[ ] FOIA FREEDOM OF INFORMATION
[ ] IMMIGRATION
[ ] LABOR
[ ] OSHA
[ ] SECURITIES
[ ] SOCIAL SECURITY
[ ] TAX
[ ] EQUAL ACCESS TO JUSTICE
[ ] OTHER Specify: _____

2. **TORTS**
[ ] ADMIRALTY
[ ] ASSAULT/DEFAMATION
[ ] PRODUCT LIABILITY/WARRANTY
[ ] DIVERSITY
[ ] OTHER Specify: _____

3. **CONTRACTS**
[ ] ADMIRALTY/MARITIME
[ ] ARBITRATION
[✓] COMMERCIAL
[ ] EMPLOYMENT
[ ] INSURANCE
[ ] NEGOTIABLE DISBURSEMENTS
[ ] OTHER Specify: _____

4. **PRISONER PETITIONS**
[ ] CIVIL RIGHTS
[ ] VACATE SENTENCE 2255
[ ] HABEAS CORPUS 2254
[ ] HABEAS CORPUS 2241
[ ] MANDAMUS/PROHIBITION
[ ] OTHER Specify: _____

5. **OTHER**
[ ] FORFEITURE
[ ] CIVIL GRAND JURY
[ ] TREATY Specify: _____
[ ] OTHER Specify: _____

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served on each party or their counsel of record this 30 day of July, 2010.

_____
(Signature of Counsel)

Rev : 1/09

2