# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CONCISE SUMMARY OF THE CASE

Pursuant to 3rd Cir. LAR 33.3, counsel are required to file a concise statement of the case within 10 days of the date of docketing of the Notice of Appeal. Total statement is limited to no more than 2 pages, single spaced. Counsel may utilize this form or attach a 2 page statement encompassing the information required by this form.

SHORT CAPTION: Beach Creek Marina, Inc. v. Royal Tax Lien Services, Inc..

USCA NO.: 10-3211

LOWER COURT or AGENCY: United States District Court, District of New Jersey,

DOCKET NO: Civil Action No. 09-2649 (KSH)

NAME OF JUDGE: Honorable Katharine S. Hayden

Specify who is suing whom, for what, and the subject of this action. Identify (1) the nature of the action; (2) the parties to this appeal: (3) the amount in controversy or other relief involved; and (4) the judgment or other action in the lower court or agency from which this action is taken:

Beach Creek Marina, Inc. is suing Royal Tax Lien Services, Cole Layer Trumble Company and Tyler Technologies.

(1)   Tyler was engaged to perform real estate appraisals and assessments for properties in North Wildwood, New Jersey for tax assessment purposes. North Wildwood and Tyler entered into a Contract (the "Contract") for Tyler to provide assessment and appraisal services. Tyler performed an assessment and appraisal of property owned by BCM. The net result of the appraisal performed by Tyler was that in 2006 BCM's property went from a 2005 assessment of $1,526,200 to an assessment of $14,612,900. As a result of this appraisal process, BCM's property taxes were increased approximately 274% in one year (i.e., from $39,000+ to $107,000+ annually), thus undermining the viability of BCM's business and property ownership after 20 years of continuous operations. The City of North Wildwood's property tax and worksheet documents relied upon in making the significantly increased assessment were created and developed by Tyler. The City then issued a tax lien certificate in connection with BCM's property in and around January 11, 2007. The certificate was purchased by Royal. The two (2) year statutory period under N.J.S.A. 54:5-52 has expired after which a tax lien certificate holder may foreclose and, Royal has begun to foreclose on the certificate.

(2)   Beach Creek Marina, Inc.
Royal Tax Lien Services
Cole Layer Trumble Company
Tyler Technologies

CONCISE SUMMARY OF THE CASE (cont.)

 (3) Against Defendants Cole Layer Trumble Company and Tyler Technologies, Inc., Beach Creek seeks compensatory and consequential damages, interest, costs of suit and all other equitable and legal relief to which it is entitled.

 Against Defendant Royal Tax Lien Services, LLC, Beach Creek seeks declaratory judgment as well as for compensatory and consequential damages, interest, costs of suit and all other equitable and legal relief to which it is entitled.

 (4) The District Court of New Jersey granted summary judgment against Plaintiff and in favor of the Defendants.

LIST and ATTACH a copy of each order, judgment, decision or opinion which is involved in this appeal. If the order(s) or opinion(s) being appealed adopt, affirm, or otherwise refer to the report and recommendation of a magistrate judge or the decision of a bankruptcy judge, the report and recommendation of decision shall also be attached.

 June 30, 2010 Order and Opinion

Provide a short statement of the factual and procedural background which you consider important to this appeal:

 Plaintiff initiated this matter in the District Court based on the complete diversity of the parties. Plaintiff seeks to challenge the validity of the tax certificate held by Royal. Plaintiff seeks also to obtain damages from Tyler as a result of its negligence in assessing Plaintiff's property. Prior to any discovery, the District Court granted Defendants motions to dismiss based on lack of Federal subject matter jurisdiction.

Identify the issues to be raised on appeal:

 1. Whether the Court improperly ruled that it lacked Federal subject matter jurisdiction.

 2. Whether the Court may have improperly reached certain conclusions as to the merits of the claims.

This is to certify that this Concise Statement of the Case was electronically filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof was served to each party or their counsel of record this 30 day of July, 2010.

_____
RONALD T. NAGLE