UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 10-3211

Beach Creek Marina, Inc.     vs.     Royal Tax Lien Services, et al.

## ENTRY OF APPEARANCE

Please the list names of **all** parties represented, using additional sheet(s) if necessary:

Tyler Technologies, Inc. and Cole Layer Trumble Company

Indicate the party's role IN THIS COURT (check only one):

\_\_\_\_\_ Petitioner(s)     \_\_\_\_\_ Appellant(s)     \_\_\_\_\_ Intervenor (s)

✓ Respondent(s)     \_\_\_\_\_ Appellee(s)     \_\_\_\_\_ Amicus Curiae

(Type or Print) Counsel's Name: Maeve E. Cannon

Mr.     ✓ Ms.     Mrs.     Miss

Firm: Hill Wallack, LLP

Address: 202 Carnegie Center, CN 5226

City, State, Zip Code: Princeton, New Jersey 08543-5226

Phone: (609) 924-0808     Fax: (609) 452-1888

**Primary E-Mail Address (required)**: mcannon@hillwallack.com

**Additional E-Mail Address (1)**: jperl@hillwallack.com
**Additional E-Mail Address (2)**: fmorris@hillwallack.com

Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. *YOU ARE LIMITED TO TWO ADDITIONAL E-MAIL ADDRESSES.*

### SIGNATURE OF COUNSEL: /s/ Maeve E. Cannon

---

COUNSEL WHO FAILS TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES UNTIL AN APPEARANCE HAS BEEN ENTERED.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

*IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.*

This entry of appearance must be served on all parties.

RBV. 10/16/09