IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

BEACH CREEK MARINA, INC.,

    Plaintiff-Appellant,

v.

ROYAL TAX LIEN SERVICES, INC.

    Defendant-Respondent.

CASE NO. 10-3211

ON APPEAL FROM THE UNITED STATES DISTICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

UNOPPOSED MOTION TO DISMISS APPEAL

---

RONALD T. NAGLE, P.C.
52 South Street
Morristown, New Jersey 07960
973-267-6780
Attorney for Appellant

## UNOPPOSED MOTION TO DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b), Plaintiff-Appellant Beach Creek Marina, Inc. moves for an order dismiss the appeal on terms agreed to by the parties or fixed by the Court. Counsel for the Defendants-Appellees have informed me that Defendants-Appelles do not oppose this motion and agree to a dismissal under which each party bears its own costs.

### CASE ON APPEAL

This was an appeal from a decision of the United States District Court for the District of New Jersey in which the Court dismissed Plaintiff's Complaint based on subject matter jurisdictional grounds under the Tax Injunction Act. Plaintiff challenged that dismissal through this appeal.

### STATUS OF APPEAL

The matter has not been briefed and no oral argument has been scheduled.

### REASONS TO DISMISS THE APPEAL

Pursuant to the Entire Controversy Doctrine, Plaintiff filed similar claims against Defendants in a State Court action brought by Defendant-Appellee Royal Tax Lien Services. Plaintiff's claims in that matter are subject to appeal as well. Plaintiff plans to appeal the State Court matter when timely and does not want to pursue parallel appeals. This is particularly significant because the District Court's dismissal of Plaintiff's claims was based on its stated lack of subject matter jurisdiction. The State Appellate Court has no such limitation and can reach the merits of Plaintiff's claims. As such, Plaintiff requests that this matter be dismissed under Rule 42(b) of the Federal Rules of Civil Procedures. No party other than Plaintiff has incurred costs and Defendants-Appellees consent to this

dismissal. Attached hereto as Exhibit A are emails from Defendants-Appellees' Counsel indicating their consent to this dismissal.

Dated: December 12, 2011

RONALD T. NAGLE, P.C.
Attorney for Appellant

_____
Ronald T. Nagle

EXHIBIT A

## Melanie Goncalves

**From:** Ronald [rnagle@naglepc.com]
**Sent:** Monday, December 12, 2011 11:04 AM
**To:** mgoncalves@naglepc.com
**Subject:** FW:

**From:** Maeve E. Cannon
**Sent:** Monday, December 12, 2011 10:04 AM
**To:** 'Ronald T. Nagle'; 'Robin Zeitz'
**Subject:** RE:

CLT/Tyler Technologies consents to the voluntary dismissal of Plaintiff's third circuit appeal.

Maeve E. Cannon, Esq.
mcannon@hillwallack.com
Direct: (609) 734-6320; Fax: (609) 452-1888
General: (609) 924-0808
Hill Wallack LLP

**From:** Ronald T. Nagle [mailto:rnagle@naglepc.com]
**Sent:** Friday, December 09, 2011 4:27 PM
**To:** 'Robin Zeitz'; Maeve E. Cannon
**Subject:** :

Counsel, please advise me if I can advise the Court that I have your consent the voluntary dismissal

IMPORTANT NOTICE: This message and any attachments contain
confidential or privileged information and/or legal advice which is
intended only for the use of the intended recipients of this message.
If you are not the intended recipient of this message, please notify the
sender by return email, and delete this and all copies of this message
and any attachments from your system. Any unauthorized disclosure,
use, distribution, or reproduction of this message or any attachments is
prohibited and may be unlawful. We have taken precautions to minimize
the risk of transmitting software viruses, but we advise you to carry out
your own virus checks on any attachment to this message. We cannot accept
liability for any loss or damage caused by software viruses.

IRS CIRCULAR 230 DISCLOSURE: Pursuant to Treasury Regulations,
any tax advice contained in this communication (including any attachments)
is not intended or written to be used, and cannot be used or relied upon by
you or any other person, for the purpose of (i) avoiding penalties under the
Internal Revenue Code, or (ii) promoting, marketing or recommending to
another party any tax advice addressed herein.

**Melanie Goncalves**

**From:** Ronald [rnagle@naglepc.com]
**Sent:** Monday, December 12, 2011 11:04 AM
**To:** mgoncalves@naglepc.com
**Subject:** FW: :

---

**From:** Robin Zeitz
**Sent:** Monday, December 12, 2011 9:48 AM
**To:** 'Ronald T. Nagle'; 'Maeve E. Cannon'
**Cc:** 'Karen Brocker'; 'Adam Kabinoff'
**Subject:** RE: :

Royal Tax Lien Services consents to the Plaintiff's voluntary dismissal of the appeal to the third circuit.

WE HAVE MOVED OUR OFFICE.
PLEASE NOTE NEW MAILING ADDRESS BELOW.

Robin London-Zeitz, Esquire
Gary C. Zeitz, L.L.C.
1105 Laurel Oak Road
Suite 136
Voorhees, NJ 08043
(856) 857-1222 ext. 306
(856) 857-1234 (fax)
rzeitz@zeitzlawfirm.com
www.zeitzlawfirm.com

---

**From:** Ronald T. Nagle [mailto:rnagle@naglepc.com]
**Sent:** Friday, December 09, 2011 4:27 PM
**To:** 'Robin Zeitz'; 'Maeve E. Cannon'
**Subject:** :

Counsel, please advise me if I can advise the Court that I have your consent the voluntary dismissal

12/12/2011