# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

10-3211

Beach Creek Marina Inc v. Royal Tax Lien Services

2-09-cv-02649

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

cc:     Maeve E. Cannon, Esq.
        Robin London-Zeitz, Esq.
        Ronald T. Nagle, Esq.

**A True Copy:**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.